# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2021

159106

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYA ALI HYATT,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 159106
COA: 325741
Genesee CC: 13-032654-FC

      By order of May 28, 2019, the application for leave to appeal the December 4, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Masalmani* (Docket No. 154773). On order of the Court, leave to appeal having been denied in *Masalmani* on May 29, 2020, 505 Mich ___ (2020), the application is again considered. It appearing to this Court that the case of *Jones v Mississippi*, cert gtd ___ US ___; 140 S Ct 1293; 206 L Ed 2d 374 (March 9, 2020) (Docket No 18-1259), is pending on appeal before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021

t0125



Clerk